ATTORNEY GRIEVANCE
COMMISSION OF MARYLAND

v.

JANEL ASHELEY SOUTHERLAND

\*    IN THE

\*    SUPREME COURT

\*    OF MARYLAND

\*    AG No. 20

\*    September Term, 2024

# O R D E R

Upon consideration of the parties' consent motion to revoke Janel Asheley Southerland's probation for her material non-compliance with the terms of her probation and to impose the 30-day suspension that was stayed by the Court's January 27, 2025 Order, and after receiving argument on the motion, it is this 8th day of April 2026, by the Supreme Court of Maryland, a majority of the Court concurring,

ORDERED that Respondent Janel Asheley Southerland's probation imposed by the Court's January 27, 2025 Order is revoked; and it is further

ORDERED that, for violations of Rules 19-301.15, 19-407(a), (b), and (d), and 19-410 of the Maryland Attorneys' Rules of Professional Conduct, Respondent is suspended from the practice of law in Maryland for thirty days; and it is further

ORDERED that the Clerk of this Court shall provide notice of this Order in accordance with Maryland Rule 19-761.[1]

Pursuant to the Maryland Uniform Electronic Legal Materials Act (§§ 10-1601 et seq. of the State Government Article) this document is authentic.



Gregory Hilton, Clerk



/s/ Matthew J. Fader
Chief Justice

---

[1] The Court is not imposing the conditions precedent to reinstatement requested by Bar Counsel at oral argument because those conditions are not authorized under the Maryland Rules governing reinstatement after a definite suspension, the joint petition filed by the parties, or the Court's January 27, 2025 Order imposing a stayed suspension.